IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN W. DAVIS, JR., | : | |
|    Petitioner | : | |
| | : | No. 1:21-cv-277 |
| v. | : | |
| | : | (Judge Rambo) |
| KEVIN KAUFFMAN, *et al.*, | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 1st day of April 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to exhaust his available state court remedies;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                       s/ Sylvia H. Rambo
                                                       United States District Judge